NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOLPHUS L. COLLINS,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7108

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-0244, Judge William A. Moorman.

---

## ON MOTION

---

## ORDER

The Secretary moves for a 7-day extension of time, until June 11, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>JUN 0 8 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Dolphus L. Collins
Elizabeth A. Speck, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JUN 0 8 2012

**JAN HORBALY**
**CLERK**